UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE R. HIGBEE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No.  2:19-cv-01176-KJN<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE |

　　　　On July 29, 2020, this court ordered plaintiff to "[s]ubmit to the court documents reflecting service on the Commissioner" so this action could proceed.  (ECF No. 7.)  Plaintiff subsequently filed a certificate of service and a consent/decline to magistrate jurisdiction.  (ECF Nos. 8, 9.)  Accordingly, it is HEREBY ORDERED that the Order to Show Cause (ECF No. 7) is hereby DISCHARGED.

Dated:  August 20, 2020

　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

hig.1176.

1